**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Case number *(if known)* _____   Chapter __**7**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Hellyer Custom Builders, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3205116** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1999 Bucktail Lane, Ste. 4** **Sugar Grove, IL 60554** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kane** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Hellyer Custom Builders, Inc.**                    Case number *(if known)* _____

Name

---

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
___2381___

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **Hellyer, David T. Jr. & Renee P.** | Relationship | **Owners** |
| District | **Northern** | When _____ | Case number, if known | **18-** |

---

| Debtor | **Hellyer Custom Builders, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district?***

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Hellyer Custom Builders, Inc.**                                    Case number (*if known*) _____
          Name

---

███  **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 10, 2018**
              MM / DD / YYYY

**X** **/s/ David T. Hellyer, Jr.**                          **David T. Hellyer, Jr.**
    Signature of authorized representative of debtor          Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ Carl F. Safanda**                      Date   **April 10, 2018**
    Signature of attorney for debtor                      MM / DD / YYYY

**Carl F. Safanda 2440695**
Printed name

**Safanda Law Firm**
Firm name

**111 East Side Drive**
**Geneva, IL 60134**
Number, Street, City, State & ZIP Code

Contact phone   **(630) 262-1761**   Email address   **Plegal@xnet.com**

**2440695 IL**
Bar number and State

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Hellyer Custom Builders, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 10, 2018**       X **/s/ David T. Hellyer, Jr.**
                                         Signature of individual signing on behalf of debtor

                                         **David T. Hellyer, Jr.**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Hellyer Custom Builders, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

 **1a. Real property:**
 Copy line 88 from *Schedule A/B*.............................................................................................. $    0.00

 **1b. Total personal property:**
 Copy line 91A from *Schedule A/B*............................................................................................ $    52,704.00

 **1c. Total of all property:**
 Copy line 92 from *Schedule A/B*.............................................................................................. $    52,704.00

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
 Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    17,557.31

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

 **3a. Total claim amounts of priority unsecured claims:**
 Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................................ $    500,000.00

 **3b. Total amount of claims of nonpriority amount of unsecured claims:**
 Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$    1,187,195.66

4. Total liabilities .................................................................................................................................
 Lines 2 + 3a + 3b    | $    1,704,752.97 |

**Fill in this information to identify the case:**

Debtor name    **Hellyer Custom Builders, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **First National Bank** | **Checking** | 0538 | $4.00 |

| 4. | **Other cash equivalents** *(Identify all)* |
|---|---|

| 5. | **Total of Part 1.** | | $4.00 |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Hellyer Custom Builders, Inc.** _____    Case number *(If known)* _____
          Name

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Furniture** | **$0.00** | | **$4,500.00** |
| 40. | **Office fixtures**<br>**Fixtures** | **$0.00** | | **$3,200.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| **$7,700.00** |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Hellyer Custom Builders, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **2014 Jeep Wrangler; 55,000 miles** | **$0.00** | **$16,000.00** |
|---|---|---|---|

| 47.2. | **2016 Ford F350; 70,000 miles** | **$0.00** | **$26,000.00** |
|---|---|---|---|

**48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.   Aircraft and accessories**

**50.   Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| **Machinery and equipment** | | **$0.00** | **$3,000.00** |
|---|---|---|---|

**51.   Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

**$45,000.00**

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

- ■ No.  Go to Part 10.
- ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ■ No.  Go to Part 11.
- ☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ■ No.  Go to Part 12.
- ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Hellyer Custom Builders, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $45,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $52,704.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $52,704.00 |

**Fill in this information to identify the case:**

Debtor name __**Hellyer Custom Builders, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Citizens Bank**<br>Creditor's Name<br><br>**900 E. Market Street**<br>**Somonauk, IL 60552**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2016 Ford F350; 70,000 miles** | **Unknown** | **$26,000.00** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3914**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien
**Vehicle loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **US Bank**<br>Creditor's Name<br><br>**POB 790179**<br>**Saint Louis, MO 63179-0179**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2014 Jeep Wrangler; 55,000 miles** | **$17,557.31** | **$16,000.00** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9310**

**Do multiple creditors have an interest in the same property?**

Describe the lien
**Vehicle loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Official Form 206D                **Schedule D: Creditors Who Have Claims Secured by Property**                page 1 of 2

Debtor   **Hellyer Custom Builders, Inc.**
      Name

Case number (if know) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $17,557.31

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Hellyer Custom Builders, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **IL Dept. of Employment Security**<br>**33 S. State Street, 10th Floor**<br>**Chicago, IL 60603-2802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
| | **Illinois Dept. of Revenue**<br>**Bankruptcy Section, Level 7-425**<br>**100 W. Randolph Street**<br>**Chicago, IL 60602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    24484                    Best Case Bankruptcy

| Debtor | Hellyer Custom Builders, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500,000.00 | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**
**230 S. Dearborn Street**
**Mail Stop 5010 CHI**
**Chicago, IL 60604**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,810.06 |
|---|---|---|---|

**A & E Roofing & Siding, Inc.**
**20 S. Locust Street**
**Aurora, IL 60506**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Roofing and siding services**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,583.00 |
|---|---|---|---|

**A Mirror Image**
**510 S. River Street**
**Batavia, IL 60510**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Glass and mirror services**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,700.00 |
|---|---|---|---|

**Alfredo's Iron Works, Inc.**
**280 W. Lincoln Hwy.**
**Cortland, IL 60112**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Metal services**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $232.45 |
|---|---|---|---|

**Amanda's Lawn Service**
**POB 612**
**Saint Charles, IL 60175**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1520**

Basis for the claim:  **Lawn services**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $253.28 |
|---|---|---|---|

**American Express**
**POB 0001**
**Los Angeles, CA 90096-8000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2009**

Basis for the claim:  **Credit card - general merchandise**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Hellyer Custom Builders, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,563.75** |
|---|---|---|---|

**April Fresh Cleaning Services**
**10 S. 059 Schoger Drive, #19**
**Naperville, IL 60564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Cleaning services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,325.31** |
|---|---|---|---|

**Artisan Millwork**
**720 N. 17th Street, #6**
**Saint Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Millwork services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,040.00** |
|---|---|---|---|

**BHFX Digital Imaging**
**80 W. Seegers Road**
**Arlington Heights, IL 60005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0789**

Basis for the claim:  **Printing services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,190.00** |
|---|---|---|---|

**Bio Tile & Grout Restoration**
**785 Oakwood Road, Ste. E105**
**Lake Zurich, IL 60047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Floor refinishing services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$923.92** |
|---|---|---|---|

**Blue Cross Blue Sheild**
**Health Care Service Corporation**
**25550 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **3680**

Basis for the claim:  **Health care services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Burke & Handley, PC**
**799 Roosevelt Road**
**Building 6, Ste. 108**
**Glen Ellyn, IL 60137-5908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Mechanic's lien - Country Scape Landscaping, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,605.00** |
|---|---|---|---|

**Caywood & Associates, Inc.**
**11000 E. Rt. 34, Ste. 1**
**Plano, IL 60545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Insurance services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hellyer Custom Builders, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Cincinnati Insurance**
**POB 145620**
**Cincinnati, OH 45250-5620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3757**

Basis for the claim:  **Insurance services**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Cincinnati Insurance**
**POB 145620**
**Cincinnati, OH 45250-5620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7711**

Basis for the claim:  **Insurance/workers compensation services**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,435.32**

**Cincinnati Insurance**
**POB 145620**
**Cincinnati, OH 45250-5620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insurance/disability services**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00**

**Clean Art Works, Inc.**
**200 Winnsboro Court**
**Schaumburg, IL 60193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Window and gutter cleaning services**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,363.04**

**Clifton Larson Allen LLP**
**POB 775439**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7776**

Basis for the claim:  **Accounting services**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**CNA Surety**
**POB 802876**
**Chicago, IL 60680-2876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0765**

Basis for the claim:  **Surety bonds**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,566.00**

**Country Scape Landscaping, Inc.**
**1020 Cedar Ave., #2G**
**Saint Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Landscaping services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Hellyer Custom Builders, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|---|

**D&A Property Management, LLC**
**1999 Bucktail Lane**
**Sugar Grove, IL 60554**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Carpentry services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,331.05** |
|---|---|---|---|

**De Sitter Flooring, Inc.**
**1 Timber Court**
**Bolingbrook, IL 60440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Tile and flooring services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$493.47** |
|---|---|---|---|

**DeKane Equipment Corporation**
**47 W. 619 US Rt. 30**
**POB 157**
**Big Rock, IL 60511**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Equipment supplier_

**Last 4 digits of account number** _LLO2_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,943.80** |
|---|---|---|---|

**Don Snow Flooring, Inc.**
**2660 Kettlehook Drive**
**Elgin, IL 60124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Flooring services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,996.00** |
|---|---|---|---|

**Doors by Russ, Inc.**
**11941 S. Aero Drive**
**Plainfield, IL 60585**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Garage door services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,495.00** |
|---|---|---|---|

**EBF Partners, LLC**
**11911 Warfield Street**
**San Antonio, TX 78216-3216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Loan_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Energy Busters**
**POB 71**
**Dundee, IL 60118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Insulation services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hellyer Custom Builders, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,135.00**

**Energy Smart Insulation**
**POB 34**
**Carpentersville, IL 60110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insulation services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$61.00**

**Euro Marble Supply, Ltd.**
**4552 N. Ruby Street**
**Schiller Park, IL 60176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stone supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$38,078.92**

**Expansion Capital Group**
**5020 S. Broadway Lane, Ste. 100**
**Sioux Falls, SD 57108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2471**

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$135,572.00**

**Ferguson Enterprises, Inc.**
**POB 802817**
**Chicago, IL 60660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Plumbing supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31,664.00**

**First Insurance Group**
**11000 E. US Hwy. 34, Ste. 1**
**Plano, IL 60545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9396**

Basis for the claim:  **Insurance services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$914.85**

**First National Bank of Omaha**
**POB 2490**
**Omaha, NE 68103-2490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9016**

Basis for the claim:  **Credit card - general merchandise**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,147.63**

**First National Bank of Omaha**
**POB 2490**
**Omaha, NE 68103-2490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4505**

Basis for the claim:  **Credit card - general merchandise**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hellyer Custom Builders, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,135.01** |
| | **First National Bank of Omaha** | ☐ Contingent | |
| | **POB 2490** | ☐ Unliquidated | |
| | **Omaha, NE 68103-2490** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Credit card - general merchandise__ | |
| | Last 4 digits of account number **4980** | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,099.12** |
| | **First National Bank of Omaha** | ☐ Contingent | |
| | **POB 2490** | ☐ Unliquidated | |
| | **Omaha, NE 68103-2490** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Credit card - general merchandise__ | |
| | Last 4 digits of account number **7866** | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$863.15** |
| | **First National Bank of Omaha** | ☐ Contingent | |
| | **POB 2490** | ☐ Unliquidated | |
| | **Omaha, NE 68103-2490** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Credit card - general merchandise__ | |
| | Last 4 digits of account number **1354** | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,232.00** |
| | **Gary Johnston Plastering & Drywall** | ☐ Contingent | |
| | **720 Heartland Drive** | ☐ Unliquidated | |
| | **Sugar Grove, IL 60554** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Dry wall services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$800.40** |
| | **Groot Industries, Inc.** | ☐ Contingent | |
| | **POB 309** | ☐ Unliquidated | |
| | **Elk Grove Village, IL 60009** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Waste services__ | |
| | Last 4 digits of account number **8700** | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,962.24** |
| | **H Squared Real Estate Investments** | ☐ Contingent | |
| | **8941 Biloba Street** | ☐ Unliquidated | |
| | **Orland Park, IL 60462** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Realty services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.70** |
| | **Hahn Systems, LLC** | ☐ Contingent | |
| | **8416 Zionsville Road** | ☐ Unliquidated | |
| | **Indianapolis, IN 46268** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Building materials supplier__ | |
| | Last 4 digits of account number **6863** | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| Debtor | **Hellyer Custom Builders, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,046.84** |
|---|---|---|---|

**Hines Supply**
**703 W. Wesley Street**
**Wheaton, IL 60187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lumber supplier**

Last 4 digits of account number  **6590**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,356.50** |
|---|---|---|---|

**Jeff Wehrli Excavating, Inc.**
**25 W 025 Ramm Drive**
**Naperville, IL 60564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Excavating services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,694.02** |
|---|---|---|---|

**Knight Capital Funding**
**9 E. Loockerman Street, #3A-543**
**Dover, DE 19901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,429.51** |
|---|---|---|---|

**KPS Plumbing, LLC**
**1494 Westbury Circle**
**North Aurora, IL 60542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Plumbing services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,173.63** |
|---|---|---|---|

**Lake Shore Recycling**
**1655 Powess Road**
**West Chicago, IL 60185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Waste services**

Last 4 digits of account number  **4058**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,200.00** |
|---|---|---|---|

**Liberty Paving**
**1420 Liberty Street**
**Aurora, IL 60505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Paving services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,725.25** |
|---|---|---|---|

**Littman Brothers Lighting**
**845 S. Roselle Road**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lighting supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hellyer Custom Builders, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,450.00 |
|---|---|---|---|

**Matthew James Carpentry & Design**
**578 Republic Ave.**
**Batavia, IL 60510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Carpentry services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,620.00 |
|---|---|---|---|

**Max 1 Construction, Inc.**
**655 Pheasant Trail**
**Saint Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Construction services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,468.00 |
|---|---|---|---|

**McGee Architects**
**POB 460**
**Batavia, IL 60510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Architecture services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $739.00 |
|---|---|---|---|

**Mediacom**
**POB 5744**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **1062**

Basis for the claim:  **Cable services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,118.60 |
|---|---|---|---|

**Michael P. Coghlan**
**444 E. Hillcrest Drive, Ste. 330**
**DeKalb, IL 60115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Collection - Alfredo's Iron Works, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35,879.00 |
|---|---|---|---|

**Modaff's Norwood Concrete, Inc.**
**11215 S. Naperville Road**
**Plainfield, IL 60585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Concrete services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,950.00 |
|---|---|---|---|

**Moment Design**
**201 E. Ogden Ave., Ste. 2**
**Hinsdale, IL 60521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Architecture services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hellyer Custom Builders, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,361.95**

**NJS Electric, LLC**
**28783 W. Rivers Edge**
**Cary, IL 60013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Insulation services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,277.00**

**O'Shea Electric, Inc.**
**805 Karen Drive**
**Hampshire, IL 60140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Insulation services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$957.29**

**Pierce Laminated Products**
**2430 N. Court Street**
**Rockford, IL 61103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Manufacturing services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,080.00**

**Pinnacle Stairs**
**1212 N. Webster Street**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Stair services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,327.65**

**Pirch**
**9620 Town Centre Drive, Ste. 100**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **R29P**

Basis for the claim:  **Fixtures supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43.03**

**ProSource of Naperville**
**2012 Corporate Lane, Ste. 136**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Flooring supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$410.00**

**Republic Services**
**POB 9001154**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **2178**

Basis for the claim:  **Waste services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hellyer Custom Builders, Inc. | Case number (if known) | |
|--------|-------------------------------|------------------------|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,320.00 |

**RGB Mechanical, Inc.**
**432 Treasure Drive**
**Oswego, IL 60543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Mechanical and electrical services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ronald O. Roeser**
**Roeser & Vucha, LLC**
**920 Davis Road, Ste. 100**
**Elgin, IL 60123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Mechanic's Lien - Don Snow Flooring, Inc.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158,245.44 |

**Scheck Lumber Co., Inc.**
**920 18th Street**
**Broadview, IL 60155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1294**

Basis for the claim:  **Lumber supplier**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,450.00 |

**Schueler's Custom Carpentry, Inc.**
**3 N 584 Illinois Rt. 47**
**Maple Park, IL 60151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Carpentry services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,419.14 |

**St. Charles Closets, Inc.**
**401 Stevens Street**
**Geneva, IL 60134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cabinetry services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,082.95 |

**Strictly Carpet, Inc.**
**27 Robert Road**
**Oswego, IL 60543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Carpet services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,152.98 |

**Studio 41**
**1320 N. Rte. 59, Ste. 146**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Home design services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Hellyer Custom Builders, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.69**

**Nonpriority creditor's name and mailing address**
**The Lawn Specialist**
**POB 88**
**Somonauk, IL 60552**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawn services**

Is the claim subject to offset? ☒ No  ☐ Yes

**$405.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**
**Verizon**
**POB 15124**
**Albany, NY 12212-5124**

Date(s) debt was incurred _

Last 4 digits of account number  **0002**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Phone services**

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,206.25**

---

**3.71**

**Nonpriority creditor's name and mailing address**
**Village of Sugar Grove**
**10 S. Municipal Drive**
**Sugar Grove, IL 60554**

Date(s) debt was incurred _

Last 4 digits of account number  **3802**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No  ☐ Yes

**$81.36**

---

**3.72**

**Nonpriority creditor's name and mailing address**
**Warner Cabinets, Inc.**
**1999 Bucktail Lane, Ste. 4**
**Sugar Grove, IL 60554**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cabinetry services**

Is the claim subject to offset? ☒ No  ☐ Yes

**$42,529.43**

---

**3.73**

**Nonpriority creditor's name and mailing address**
**Wayfair/Comenity**
**POB 182273**
**Columbus, OH 43218-2273**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card - general merchandise**

Is the claim subject to offset? ☒ No  ☐ Yes

**$225.37**

---

**3.74**

**Nonpriority creditor's name and mailing address**
**Weaver Consultants Group**
**1316 Bond Street, Ste. 108**
**Naperville, IL 60563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Environmental consulting services**

Is the claim subject to offset? ☒ No  ☐ Yes

**$29,275.00**

---

**3.75**

**Nonpriority creditor's name and mailing address**
**Win Wehrli Attorney at Law, PC**
**104 S. Parkway Drive**
**Naperville, IL 60540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Mechanic's Lien - Jeff Wehrli Excavating, Inc.**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

| Debtor | **Hellyer Custom Builders, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,854.00** |
|---|---|---|---|

**Workhorse Enterprises, Inc.**
**623 Tuscan View**
**Elgin, IL 60124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Moving services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,860.00** |
|---|---|---|---|

**Zizzo Decorating Co.**
**208 Regency Court West**
**Saint Charles, IL 60175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Decorating services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ **500,000.00** |
| 5b. Total claims from Part 2 | 5b. + $ | **1,187,195.66** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ **1,687,195.66** |

**Fill in this information to identify the case:**

Debtor name   **Hellyer Custom Builders, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 1 of 1

**Fill in this information to identify the case:**

Debtor name     **Hellyer Custom Builders, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **A & E Roofing & Siding, Inc.** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.2 **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **A Mirror Image** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.3 **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Alfredo's Iron Works, Inc.** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.4 **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Amanda's Lawn Service** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.5 **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **American Express** | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |

| Debtor | **Hellyer Custom Builders, Inc.** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | April Fresh Cleaning Services | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.7 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | Artisan Millwork | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.8 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | BHFX Digital Imaging | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.9 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | Bio Tile & Grout Restoration | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.10 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | Blue Cross Blue Sheild | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.11 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | Burke & Handley, PC | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.12 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | Caywood & Associates, Inc. | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.13 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | Cincinnati Insurance | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |

| Debtor | **Hellyer Custom Builders, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Cincinnati Insurance** | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |
| 2.15 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Cincinnati Insurance** | ☐ D _____<br>■ E/F ___3.15___<br>☐ G _____ |
| 2.16 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Citizens Bank** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Clean Art Works, Inc.** | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.18 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Clifton Larson Allen LLP** | ☐ D _____<br>■ E/F ___3.17___<br>☐ G _____ |
| 2.19 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **CNA Surety** | ☐ D _____<br>■ E/F ___3.18___<br>☐ G _____ |
| 2.20 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Country Scape Landscaping, Inc.** | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.21 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **D&A Property Management, LLC** | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |

| Debtor | **Hellyer Custom Builders, Inc.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **De Sitter Flooring, Inc.** | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |
| 2.23 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **DeKane Equipment Corporation** | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |
| 2.24 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Don Snow Flooring, Inc.** | ☐ D _____<br>■ E/F ___3.23___<br>☐ G _____ |
| 2.25 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Doors by Russ, Inc.** | ☐ D _____<br>■ E/F ___3.24___<br>☐ G _____ |
| 2.26 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **EBF Partners, LLC** | ☐ D _____<br>■ E/F ___3.25___<br>☐ G _____ |
| 2.27 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Energy Busters** | ☐ D _____<br>■ E/F ___3.26___<br>☐ G _____ |
| 2.28 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Energy Smart Insulation** | ☐ D _____<br>■ E/F ___3.27___<br>☐ G _____ |
| 2.29 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Euro Marble Supply, Ltd.** | ☐ D _____<br>■ E/F ___3.28___<br>☐ G _____ |

| Debtor | **Hellyer Custom Builders, Inc.** | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Expansion Capital Group** | ☐ D _____ ■ E/F __3.29__ ☐ G _____ |
| 2.31 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Ferguson Enterprises, Inc.** | ☐ D _____ ■ E/F __3.30__ ☐ G _____ |
| 2.32 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **First Insurance Group** | ☐ D _____ ■ E/F __3.31__ ☐ G _____ |
| 2.33 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **First National Bank of Omaha** | ☐ D _____ ■ E/F __3.32__ ☐ G _____ |
| 2.34 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **First National Bank of Omaha** | ☐ D _____ ■ E/F __3.33__ ☐ G _____ |
| 2.35 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **First National Bank of Omaha** | ☐ D _____ ■ E/F __3.34__ ☐ G _____ |
| 2.36 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **First National Bank of Omaha** | ☐ D _____ ■ E/F __3.35__ ☐ G _____ |
| 2.37 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **First National Bank of Omaha** | ☐ D _____ ■ E/F __3.36__ ☐ G _____ |

| Debtor | **Hellyer Custom Builders, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.38 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | Gary Johnston Plastering & Drywall | ☐ D _____ ■ E/F __3.37__ ☐ G _____ |
| 2.39 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | Groot Industries, Inc. | ☐ D _____ ■ E/F __3.38__ ☐ G _____ |
| 2.40 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | H Squared Real Estate Investments | ☐ D _____ ■ E/F __3.39__ ☐ G _____ |
| 2.41 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | Hahn Systems, LLC | ☐ D _____ ■ E/F __3.40__ ☐ G _____ |
| 2.42 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | Hines Supply | ☐ D _____ ■ E/F __3.41__ ☐ G _____ |
| 2.43 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | IL Dept. of Employment Security | ☐ D _____ ■ E/F __2.1__ ☐ G _____ |
| 2.44 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | Illinois Dept. of Revenue | ☐ D _____ ■ E/F __2.2__ ☐ G _____ |
| 2.45 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | Internal Revenue Service | ☐ D _____ ■ E/F __2.3__ ☐ G _____ |

Debtor   **Hellyer Custom Builders, Inc.**                    Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.46 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Jeff Wehrli Excavating, Inc.** | ☐ D _____<br>■ E/F __3.42__<br>☐ G _____ |
| 2.47 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Knight Capital Funding** | ☐ D _____<br>■ E/F __3.43__<br>☐ G _____ |
| 2.48 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **KPS Plumbing, LLC** | ☐ D _____<br>■ E/F __3.44__<br>☐ G _____ |
| 2.49 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Lake Shore Recycling** | ☐ D _____<br>■ E/F __3.45__<br>☐ G _____ |
| 2.50 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Liberty Paving** | ☐ D _____<br>■ E/F __3.46__<br>☐ G _____ |
| 2.51 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Littman Brothers Lighting** | ☐ D _____<br>■ E/F __3.47__<br>☐ G _____ |
| 2.52 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Matthew James Carpentry & Design** | ☐ D _____<br>■ E/F __3.48__<br>☐ G _____ |
| 2.53 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Max 1 Construction, Inc.** | ☐ D _____<br>■ E/F __3.49__<br>☐ G _____ |

| Debtor | **Hellyer Custom Builders, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.54 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **McGee Architects** | ☐ D _____<br>■ E/F __3.50__<br>☐ G _____ |
| 2.55 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Mediacom** | ☐ D _____<br>■ E/F __3.51__<br>☐ G _____ |
| 2.56 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Modaff's Norwood Concrete, Inc.** | ☐ D _____<br>■ E/F __3.53__<br>☐ G _____ |
| 2.57 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Moment Design** | ☐ D _____<br>■ E/F __3.54__<br>☐ G _____ |
| 2.58 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **NJS Electric, LLC** | ☐ D _____<br>■ E/F __3.55__<br>☐ G _____ |
| 2.59 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **O'Shea Electric, Inc.** | ☐ D _____<br>■ E/F __3.56__<br>☐ G _____ |
| 2.60 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Pierce Laminated Products** | ☐ D _____<br>■ E/F __3.57__<br>☐ G _____ |
| 2.61 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Pinnacle Stairs** | ☐ D _____<br>■ E/F __3.58__<br>☐ G _____ |

| Debtor | **Hellyer Custom Builders, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.62 **David T. Hellyer, Jr.** | 211 Ehrenwald Drive Millington, IL 60537 | Pirch | ☐ D _____ ■ E/F __3.59__ ☐ G _____ |
| 2.63 **David T. Hellyer, Jr.** | 211 Ehrenwald Drive Millington, IL 60537 | ProSource of Naperville | ☐ D _____ ■ E/F __3.60__ ☐ G _____ |
| 2.64 **David T. Hellyer, Jr.** | 211 Ehrenwald Drive Millington, IL 60537 | Republic Services | ☐ D _____ ■ E/F __3.61__ ☐ G _____ |
| 2.65 **David T. Hellyer, Jr.** | 211 Ehrenwald Drive Millington, IL 60537 | RGB Mechanical, Inc. | ☐ D _____ ■ E/F __3.62__ ☐ G _____ |
| 2.66 **David T. Hellyer, Jr.** | 211 Ehrenwald Drive Millington, IL 60537 | Ronald O. Roeser | ☐ D _____ ■ E/F __3.63__ ☐ G _____ |
| 2.67 **David T. Hellyer, Jr.** | 211 Ehrenwald Drive Millington, IL 60537 | Scheck Lumber Co., Inc. | ☐ D _____ ■ E/F __3.64__ ☐ G _____ |
| 2.68 **David T. Hellyer, Jr.** | 211 Ehrenwald Drive Millington, IL 60537 | Schueler's Custom Carpentry, Inc. | ☐ D _____ ■ E/F __3.65__ ☐ G _____ |
| 2.69 **David T. Hellyer, Jr.** | 211 Ehrenwald Drive Millington, IL 60537 | St. Charles Closets, Inc. | ☐ D _____ ■ E/F __3.66__ ☐ G _____ |

| Debtor | **Hellyer Custom Builders, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.70 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | Strictly Carpet, Inc. | ☐ D _____ ■ E/F __3.67__ ☐ G _____ |
| 2.71 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | Studio 41 | ☐ D _____ ■ E/F __3.68__ ☐ G _____ |
| 2.72 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | The Lawn Specialist | ☐ D _____ ■ E/F __3.69__ ☐ G _____ |
| 2.73 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | US Bank | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.74 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | Verizon | ☐ D _____ ■ E/F __3.70__ ☐ G _____ |
| 2.75 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | Village of Sugar Grove | ☐ D _____ ■ E/F __3.71__ ☐ G _____ |
| 2.76 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | Warner Cabinets, Inc. | ☐ D _____ ■ E/F __3.72__ ☐ G _____ |
| 2.77 | David T. Hellyer, Jr. | 211 Ehrenwald Drive Millington, IL 60537 | Wayfair/Comenity | ☐ D _____ ■ E/F __3.73__ ☐ G _____ |

| Debtor | **Hellyer Custom Builders, Inc.** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.78 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Weaver Consultants Group** | ☐ D _____ ■ E/F ___3.74___ ☐ G _____ |
| 2.79 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Win Wehrli Attorney at Law, PC** | ☐ D _____ ■ E/F ___3.75___ ☐ G _____ |
| 2.80 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Workhorse Enterprises, Inc.** | ☐ D _____ ■ E/F ___3.76___ ☐ G _____ |
| 2.81 | **David T. Hellyer, Jr.** | **211 Ehrenwald Drive Millington, IL 60537** | **Zizzo Decorating Co.** | ☐ D _____ ■ E/F ___3.77___ ☐ G _____ |
| 2.82 | **Renee P. Hellyer** | **211 Ehrenwald Drive Millington, IL 60537** | **Expansion Capital Group** | ☐ D _____ ■ E/F ___3.29___ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Hellyer Custom Builders, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$228,039.34** |
   | **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$198,930.54** |
   | **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$8,349,194.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Hellyer Custom Builders, Inc.**                                      Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Hellyer Custom Builders, Inc.**                                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Carl F. Safanda**<br>**Safanda Law Firm**<br>**111 East Side Drive**<br>**Geneva, IL 60134** | **Attorney fees** | **3/15/18** | **$2,165.00** |
| | Email or website address<br>**Plegal@xnet.com** | | | |
| | Who made the payment, if not debtor?<br>**David T. Hellyer, Jr. and Renee P.**<br>**Hellyer** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Hellyer Custom Builders, Inc. | Case number *(if known)* |
|---|---|---|

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

| Debtor | **Hellyer Custom Builders, Inc.** | Case number *(if known)* | |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Debtor    **Hellyer Custom Builders, Inc.**                                Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Clifton Larson Allen LLP**<br>**1301 W. 22nd Street, Ste. 1100**<br>**Oak Brook, IL 60523** | **2015 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **David T. Hellyer, Jr.**<br>**211 Ehrenwald Drive**<br>**Millington, IL 60537** | **N/A** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

| Name and address |
|---|

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David T. Hellyer, Jr.** | **211 Ehrenwald Drive**<br>**Millington, IL 60537** | **President, sole officer and director** | **100%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

   ■ No
   ☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor   **Hellyer Custom Builders, Inc.**                          Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **David T. Hellyer, Jr.** **211 Ehrenwald Drive** **Millington, IL 60537** | **$25,000.00; salary** | **2017 - 2018** | **Officer salary** |
| | **Relationship to debtor** **President, sole officer and director** | | | |
| 30.2. | **Renee P. Hellyer** **211 Ehrenwald Drive** **Millington, IL 60537** | **$15,000.00; salary** | **2017 - 2018** | **Office manager salary** |
| | **Relationship to debtor** **Office Manager** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**April 10, 2018**__

**/s/ David T. Hellyer, Jr.** _____        **David T. Hellyer, Jr.** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   __**President**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois Eastern Division

In re **Hellyer Custom Builders, Inc.**

Debtor(s)

Case No.

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 2,165.00 |
    | Prior to the filing of this statement I have received | $ | 2,165.00 |
    | Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the above debtor(s) in any dischargeability actions, judicial lien avoidances, relief from stay
    actions or any  other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**April 10, 2018**

*Date*

**/s/ Carl F. Safanda**

**Carl F. Safanda 2440695**

*Signature of Attorney*

**Safanda Law Firm**
**111 East Side Drive**
**Geneva, IL 60134**
**(630) 262-1761   Fax: (630) 262-1764**
**Plegal@xnet.com**

*Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Illinois Eastern Division

In re   **Hellyer Custom Builders, Inc.**       Case No.

                  Debtor(s)        Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:            **78**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **April 10, 2018**

/s/ **David T. Hellyer, Jr.**
**David T. Hellyer, Jr./President**
Signer/Title

A & E Roofing & Siding, Inc.
20 S. Locust Street
Aurora, IL 60506


A Mirror Image
510 S. River Street
Batavia, IL 60510


Alfredo's Iron Works, Inc.
280 W. Lincoln Hwy.
Cortland, IL 60112


Amanda's Lawn Service
POB 612
Saint Charles, IL 60175


American Express
POB 0001
Los Angeles, CA 90096-8000


April Fresh Cleaning Services
10 S. 059 Schoger Drive, #19
Naperville, IL 60564


Artisan Millwork
720 N. 17th Street, #6
Saint Charles, IL 60174


BHFX Digital Imaging
80 W. Seegers Road
Arlington Heights, IL 60005


Bio Tile & Grout Restoration
785 Oakwood Road, Ste. E105
Lake Zurich, IL 60047


Blue Cross Blue Sheild
Health Care Service Corporation
25550 Network Place
Chicago, IL 60673


Burke & Handley, PC
799 Roosevelt Road
Building 6, Ste. 108
Glen Ellyn, IL 60137-5908

Caywood & Associates, Inc.
11000 E. Rt. 34, Ste. 1
Plano, IL 60545


Cincinnati Insurance
POB 145620
Cincinnati, OH 45250-5620


Citizens Bank
900 E. Market Street
Somonauk, IL 60552


Clean Art Works, Inc.
200 Winnsboro Court
Schaumburg, IL 60193


Clifton Larson Allen LLP
POB 775439
Chicago, IL 60677


CNA Surety
POB 802876
Chicago, IL 60680-2876


Country Scape Landscaping, Inc.
1020 Cedar Ave., #2G
Saint Charles, IL 60174


D&A Property Management, LLC
1999 Bucktail Lane
Sugar Grove, IL 60554


David T. Hellyer, Jr.
211 Ehrenwald Drive
Millington, IL 60537


De Sitter Flooring, Inc.
1 Timber Court
Bolingbrook, IL 60440


DeKane Equipment Corporation
47 W. 619 US Rt. 30
POB 157
Big Rock, IL 60511

Don Snow Flooring, Inc.
2660 Kettlehook Drive
Elgin, IL 60124


Doors by Russ, Inc.
11941 S. Aero Drive
Plainfield, IL 60585


EBF Partners, LLC
11911 Warfield Street
San Antonio, TX 78216-3216


Energy Busters
POB 71
Dundee, IL 60118


Energy Smart Insulation
POB 34
Carpentersville, IL 60110


Euro Marble Supply, Ltd.
4552 N. Ruby Street
Schiller Park, IL 60176


Expansion Capital Group
5020 S. Broadway Lane, Ste. 100
Sioux Falls, SD 57108


Ferguson Enterprises, Inc.
POB 802817
Chicago, IL 60660


First Insurance Group
11000 E. US Hwy. 34, Ste. 1
Plano, IL 60545


First National Bank of Omaha
POB 2490
Omaha, NE 68103-2490


Gary Johnston Plastering & Drywall
720 Heartland Drive
Sugar Grove, IL 60554

Groot Industries, Inc.
POB 309
Elk Grove Village, IL 60009


H Squared Real Estate Investments
8941 Biloba Street
Orland Park, IL 60462


Hahn Systems, LLC
8416 Zionsville Road
Indianapolis, IN 46268


Hines Supply
703 W. Wesley Street
Wheaton, IL 60187


IL Dept. of Employment Security
33 S. State Street, 10th Floor
Chicago, IL 60603-2802


Illinois Dept. of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph Street
Chicago, IL 60602


Internal Revenue Service
230 S. Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604


Jeff Wehrli Excavating, Inc.
25 W 025 Ramm Drive
Naperville, IL 60564


Knight Capital Funding
9 E. Loockerman Street, #3A-543
Dover, DE 19901


KPS Plumbing, LLC
1494 Westbury Circle
North Aurora, IL 60542


Lake Shore Recycling
1655 Powess Road
West Chicago, IL 60185

Liberty Paving
1420 Liberty Street
Aurora, IL 60505


Littman Brothers Lighting
845 S. Roselle Road
Schaumburg, IL 60173


Matthew James Carpentry & Design
578 Republic Ave.
Batavia, IL 60510


Max 1 Construction, Inc.
655 Pheasant Trail
Saint Charles, IL 60174


McGee Architects
POB 460
Batavia, IL 60510


Mediacom
POB 5744
Carol Stream, IL 60197


Michael P. Coghlan
444 E. Hillcrest Drive, Ste. 330
DeKalb, IL 60115


Modaff's Norwood Concrete, Inc.
11215 S. Naperville Road
Plainfield, IL 60585


Moment Design
201 E. Ogden Ave., Ste. 2
Hinsdale, IL 60521


NJS Electric, LLC
28783 W. Rivers Edge
Cary, IL 60013


O'Shea Electric, Inc.
805 Karen Drive
Hampshire, IL 60140

Pierce Laminated Products
2430 N. Court Street
Rockford, IL 61103


Pinnacle Stairs
1212 N. Webster Street
Naperville, IL 60563


Pirch
9620 Town Centre Drive, Ste. 100
San Diego, CA 92121


ProSource of Naperville
2012 Corporate Lane, Ste. 136
Naperville, IL 60563


Renee P. Hellyer
211 Ehrenwald Drive
Millington, IL 60537


Republic Services
POB 9001154
Louisville, KY 40290


RGB Mechanical, Inc.
432 Treasure Drive
Oswego, IL 60543


Ronald O. Roeser
Roeser & Vucha, LLC
920 Davis Road, Ste. 100
Elgin, IL 60123


Scheck Lumber Co., Inc.
920 18th Street
Broadview, IL 60155


Schueler's Custom Carpentry, Inc.
3 N 584 Illinois Rt. 47
Maple Park, IL 60151


St. Charles Closets, Inc.
401 Stevens Street
Geneva, IL 60134

Strictly Carpet, Inc.
27 Robert Road
Oswego, IL 60543


Studio 41
1320 N. Rte. 59, Ste. 146
Naperville, IL 60563


The Lawn Specialist
POB 88
Somonauk, IL 60552


US Bank
POB 790179
Saint Louis, MO 63179-0179


Verizon
POB 15124
Albany, NY 12212-5124


Village of Sugar Grove
10 S. Municipal Drive
Sugar Grove, IL 60554


Warner Cabinets, Inc.
1999 Bucktail Lane, Ste. 4
Sugar Grove, IL 60554


Wayfair/Comenity
POB 182273
Columbus, OH 43218-2273


Weaver Consultants Group
1316 Bond Street, Ste. 108
Naperville, IL 60563


Win Wehrli Attorney at Law, PC
104 S. Parkway Drive
Naperville, IL 60540


Workhorse Enterprises, Inc.
623 Tuscan View
Elgin, IL 60124

Zizzo Decorating Co.
208 Regency Court West
Saint Charles, IL 60175

# United States Bankruptcy Court
## Northern District of Illinois Eastern Division

In re   **Hellyer Custom Builders, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hellyer Custom Builders, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 10, 2018**

Date

**/s/ Carl F. Safanda**

**Carl F. Safanda 2440695**

Signature of Attorney or Litigant

Counsel for   **Hellyer Custom Builders, Inc.**

**Safanda Law Firm**
**111 East Side Drive**
**Geneva, IL 60134**
**(630) 262-1761 Fax:(630) 262-1764**
**Plegal@xnet.com**